IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CASE NO. 13-17237 |
| | ) |
| **GAIL and GERALD WAITE** | ) CHAPTER 7 CASE |
| | ) |
| Debtor(s) | ) JUDGE: ARTHUR I. HARRIS |
| | ) |

## MOTION TO TURN OVER FUNDS

Now comes Steven S. Davis, Chapter 7 Trustee, and hereby moves this Honorable Court for an order upon the debtor(s) to turnover certain non-exempt assets which are property of the within Bankruptcy Estate, as set forth herein:

1. Movant is the duly qualified appointed and acting Trustee herein.

2. Pro-rated to the date of filing, the debtor, Gail Waite, was owed $964.00 in total tax refunds. The debtor also had $2,874.00 in cash on hand/bank accounts as of the date of filing.

3. The debtor is entitled to claim $1,675.00 as exempt.

4. The aforesaid funds are property of this estate pursuant to 11 U.S.C.§541 and subject to turnover pursuant to 11 U.S.C. §542.

**WHEREFORE**, Movant prays for an order upon the debtor(s) to turn over the sum of $2,163.00, and for such other and further relief to which he may be entitled in law or equity.

**Respectfully Submitted,**

/s/ Steven S. Davis
**STEVEN S. DAVIS, Trustee**
OSB# 0005789
1370 Ontario Street, #450
Cleveland, Ohio 44113
(216) 781-7272  Fax No. (216) 781-3312
Email: sdavis@daviscolpa.com

## CERTIFICATE OF SERVICE

I certify that on this   25th   day of March, 2014, a true and correct copy of the Motion to Turn Over was served, via ECF, upon:

Ken Rubenstein, attorney for debtor, at rubamatic@roadrunner.com
United States Trustee at  (Registered address)@usdoj.gov

and, by regular U.S. mail, to

Gail and Gerald Waite
6640 Tupelo Drive
Bedford Hts. OH 44146

/s/ Steven S. Davis
**STEVEN S. DAVIS**